IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
TENNESSEE WESTERN DIVISION

FILED BY eg ___ D.C.

05 MAY -2 PM 4: 42

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. F TN. MEMPHIS

| | | |
|---|---|---|
| CRISPER STANFORD, | ) | |
| Plaintiff, | ) ) ) ) | |
| v. | ) ) | No. 05-2298-MlV |
| CAESAR'S ENTERTAINMENT, INC. and SHERATON TUNICA CORPORATION, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER GRANTING MOTION OF DEFENDANTS FOR ENLARGEMENT OF TIME WITHIN WHICH TO MOVE, PLEAD OR OTHERWISE RESPOND TO COMPLAINT

IT APPEARS to the Court, based on the Motion of Defendants for Enlargement of Time Within Which to Move, Plead, or Otherwise Respond to Complaint, the accompanying Memorandum, and the entire record in this cause, the Motion is well-taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants shall have an additional thirty (30) days, which shall be through May 27, 2005, to move, plead, or otherwise respond to the Complaint.

_Diane K. Vescovo_
U.S. ~~DISTRICT~~ JUDGE
Magistrate
Date: May 2, 2005

M L-S 875492 v1
2790623-000002 04/26/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-9-05



UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02298 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Danny M. Awdeh
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lea Hall Speed
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Michele Howard-Flynn
The Howard-Flynn Law Group
119 S. Main Street
Suite 500
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT