IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 27 PM 1:44

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

| | |
|---|---|
| CRISPER STANFORD,                   ) | |
| Plaintiff,                          ) | |
| v.                                  ) | No.: 05-2298-MIV |
| CAESARS ENTERTAINMENT, INC. and     ) | |
| SHERATON TUNICA CORPORATION         ) | |
| Defendants.                         ) | |

## [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY CASE PENDING ADJUDICATION OF MOTION TO REMAND

IT APPEARS to the Court, based on Defendants' Unopposed Motion to Stay This Action Pending The Court's Adjudication Of Plaintiff's Motion To Remand, the accompanying Memorandum in support of said motion, and the entire record in this cause, that the Motion is well-taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that

__✓__ Other than matters related to Plaintiff's Motion to Remand, this Action is stayed pending an adjudication of the pending Motion to Remand; OR

_____ Defendants shall have up to fifteen (15) days after the entry of this Court's Order on the Motion to Remand to file a response to the Complaint.

_____
Honorable Jon McCalla
U.S. DISTRICT COURT JUDGE
Date: May 26, 2005

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on _____

M L-S 881200 v1
0-0  05/25/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02298 was distributed by fax, mail, or direct printing on May 31, 2005 to the parties listed.

---

Danny M. Awdeh
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lea Hall Speed
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Bradley E. Trammell
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Michele Howard-Flynn
The Howard-Flynn Law Group
119 S. Main Street
Suite 500
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT