IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 16  AM 8: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| CRISPER STANFORD, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-2298 Ml/V |
| CAESAR'S ENTERTAINMENT, INC. and SHERATON TUNICA CORP., | ) |
| Defendants. | ) |

### ORDER GRANTING PLAINTIFF'S MOTION FOR PERMISSION TO SUBMIT REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO REMAND

Before the Court is Plaintiff's Motion for Permission to Submit Reply to Defendant's Opposition to Motion to Remand, filed June 13, 2005. Good cause having been shown, the motion is GRANTED. Plaintiff shall file a Reply to Defendant's response within fifteen (15) days of the entry of this Order.

So ORDERED this 15 day of December, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-16-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02298 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Danny M. Awdeh
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Bradley E. Trammell
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Lea Hall Speed
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

William B. Ryan
DONATI LAW FIRM, LLP
1545 Union Ave.
Memphis, TN 38104

Michele Howard-Flynn
The Howard-Flynn Law Group
119 S. Main Street
Suite 500
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT